

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00483-CV

**IN THE ESTATE OF CESARIO RIOJAS** a/k/a Cesar Riojoas

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2023-0231-CIV
Honorable Robert E. Cadena, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellant, Daniel Cesar Riojas.

SIGNED November 27, 2024.

_____
Rebeca C. Martinez, Chief Justice